# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**JOSEPH and KATHY MAILANDER,**

Petitioners-Appellants,

v.                                                          **No. 28,624**

**NEW MEXICO TAXATION**
**and REVENUE DEPARTMENT,**

Respondent-Appellee.

**APPEAL FROM THE N.M. TAXATION AND REVENUE DEPARTMENT**
**Margaret B. Alcock, Hearing Officer**

Law Offices of Daniel A. Dolan, PA
Daniel A. Dolan
Gerald S. O'Donnell
Las Cruces, NM

for Appellants

N.M. Taxation and Revenue Dep't
Carolyn A. Wolf, Special Assistant Attorney General
Santa Fe, NM

for Appellee

## MEMORANDUM OPINION

**SUTIN, Judge.**

Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired.

AFFIRMED.

**IT IS SO ORDERED.**

_____
**JONATHAN B. SUTIN, Judge**

**WE CONCUR:**

_____
**RODERICK T. KENNEDY, Judge**

_____
**LINDA M. VANZI, Judge**

2